# United States Court of Appeals
## For the First Circuit

No. 12-2448

IN RE JAMES J. BULGER,

Petitioner.

**ERRATA**

The opinion of this Court, issued on March 14, 2013, should be amended as follows.

On page 12, line 8, replace "<u>Salemme</u>, 164 F. Supp. 2d at 40, 60" with "<u>Salemme</u>, 164 F. Supp. 2d at 59-60."